# ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of --                        )
                                      )
Northrop Grumman Corporation          )        ASBCA No. 62016-989
                                      )
Under Contract No. N66001-08-C-2010   )

APPEARANCES FOR THE PETITIONER:        Thomas A. Lemmer, Esq.
                                       K. Tyler Thomas, Esq.
                                         Dentons US LLP
                                         Denver, CO

APPEARANCES FOR THE GOVERNMENT:        Arthur M. Taylor, Esq.
                                         DCMA Chief Trial Attorney
                                       Samuel W. Morris, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Chantilly, VA

## ORDER PURSUANT TO BOARD RULE 1(a)(5) DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on an April 17, 2014 certified claim by May 27, 2019. The government has advised that a final decision on the claim will be issued no later than June 24, 2019. The contractor has indicated that it does not oppose this date. We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by June 24, 2019.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or

sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5) and 7104.

Dated: May 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 62016-989, Petition of Northrop Grumman Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2